218 F.2d 608
 Merle MOORE
v.
FISH ENGINEERING CORPORATION.
 No. 4946.
 United States Court of Appeals, Tenth Circuit.
 November 2, 1954.
 
 Appeal from the United States District Court for the District of Kansas.
 Payne H. Ratner, Payne H. Ratner, Jr., and Keith Eales, Wichita, Kan., for appellant.
 Robert C. Foulston, and Malcolm Miller, Wichita, Kan., for appellee.
 Before PHILLIPS, Chief Judge, and KNOUS, District Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed pursuant to stipulation of the parties.